UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Loverrz Alford, | ) | Civil Action No. 4:13-1141-MGL |
| *doing business as Alford's Used Cars*, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | **OPINION AND ORDER** |
| Jerome Douglas and Michelle Hattie Douglas, | ) | |
| | ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |

Appellant Loverrz Alford, doing business as Alford's Used Cars, ("Appellant"), proceeding *pro se*, appealed a ruling of the United States Bankruptcy Court for the District of South Carolina in an adversarial proceeding in which he was a defendant. (ECF No. 1). The matter is now before the Court for review of the Report and Recommendation, ("Report"), filed on November 21, 2013, by Magistrate Judge Kaymani D. West.

In the Report, the Magistrate Judge recommends that Appellant's case be dismissed pursuant to Rule 8001(a) of the Federal Rules of Bankruptcy Procedure on failure to prosecute grounds, based upon Appellant's persistent failure to file the Appellant's Brief. (Doc. # 34). Objections to the Report were due on December 9, 2013. Appellant has filed no objections to the Report.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility for making a final determination remains with this Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court may accept, reject, or modify, in whole or in part, the Report or may recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1). The Court is charged with making a *de novo* determination of those portions of the Report to which specific objections are made. In the absence of an Objection, a district court

need not conduct a *de novo* review, but instead must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

After a careful review of the record, the applicable law, and the Report of the Magistrate Judge, the Court hereby **ACCEPTS** the Report, (Doc. # 34), and incorporates it by reference into this Order. Accordingly, Appellant's appeal is **DISMISSED** pursuant to Rule 8001(a) of the Federal Rules of Bankruptcy Procedure and applicable case law on failure to prosecute grounds.

**IT IS SO ORDERED.**

<u>s/Mary G. Lewis</u>
United States District Judge

December 17, 2013
Spartanburg, South Carolina